IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:09CR356** |
| vs. | ) | |
| | ) | **ORDER** |
| **JAMES L. PARSONS, III,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on defendant's motion to continue trial (Doc. 15).  A two-month continuance is requested due to the defendant's unspecified "special health needs" and because the defense has not yet reviewed a video which, it appears, was made available for inspection some time ago.  The court finds that the defendant has not shown good cause for a continuance of the scheduled trial date.  Nor has the defendant filed an affidavit or declaration in support of this motion, as required by NECrimR 12.1(a).  For these reasons,

    **IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 15) is denied.  The trial of this matter remains scheduled for January 19, 2010.

    A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 8, 2010.**  The objecting party must comply with all requirements of NECrimR 59.2.

    **DATED January 4, 2010.**

                                              **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**