IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES L. PARSONS, III, )<br>)<br>Defendant. ) | 8:09CR356<br><br>ORDER |

     Defendant James L. Parsons, III appeared before the court on Monday, October 25, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [34]. The defendant was represented by Franklin E. Miner and the United States was represented by Assistant U.S. Attorney Matthew Ramage-White. The government did not request detention. The Defendant was not entitled to a preliminary examination.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

     **IT IS ORDERED**:

     1.    A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 8, 2010 at 10:30 a.m .**   Defendant must be present in person.

     2.    The defendant is released on current conditions of probation. .

     DATED this 25th day of October, 2010.

                              BY THE COURT:

                              s/ F. A. Gossett
                              United States Magistrate Judge